UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC PAUL BUBAK,<br><br>    Plaintiff<br><br>v.<br><br>CARDENAS MARKETS, LLC,<br><br>    Defendant | Case No.: 2:23-cv-01064-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that plaintiff Eric Bubak's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Eric Bubak as required by the recent amendment to that rule.

    I FURTHER ORDER plaintiff Eric Bubak to file a proper certificate of interested parties by August 18, 2023.

    DATED this 24th day of July, 2023.

                                                              ANDREW P. GORDON
                                                              UNITED STATES DISTRICT JUDGE