# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC PAUL BUBAK,<br><br>　　　Plaintiff,<br><br>v.<br><br>CARDENAS MARKETS, LLC,<br><br>　　　Defendant. | Case No. 2:23-cv-01064-APG-NJK<br><br>**Order** |

Defendant removed this case from state court to this Court on July 10, 2023.  Docket No. 1.  However, Defendant answered the complaint on June 8, 2023, while the case was still pending in state court.  *See* Docket No. 1-3.  Accordingly, the parties are hereby **ORDERED** to file, no later than August 2, 2023, a joint proposed discovery plan.  In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court.

IT IS SO ORDERED.

Dated: July 26, 2023

_____
Nancy J. Koppe
United States Magistrate Judge