**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Eric Paul Bubak<br><br>    Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC d/b/a Cardenas Markets; and Does I through X, inclusive; and Roe Corporations I through V, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-01064-APG-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:23-cv-01064, all parties to bear their own fees and costs. No trial date has been set.

/ / /

/ / /

/ / /

/ / /

/ / /

293767514v.1

| WILSON ELSER | ATKINSON WATKINS & HOFFMAN, LLP |
|---|---|
| Dated this 15th day of May, 2024. | Dated this 15th day of May, 2024. |
| */s/ Jonathan Pattillo, Esq.*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC | */s/ John F. Bemis, Esq.*<br>John F. Bemis, Esq.<br>Nevada Bar No. 9509<br>Attorneys for Eric Bubak |

IT IS SO ORDERED:

Dated: May 16, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-2-

293767514v.1